Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| MICHAEL JAMAL WILLIAMS | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 12-CV-1147 |
| v. | |
| CORRECTIONS OFFICER VANWAY, ET AL | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:   that the Court grants the motion for summary judgment by the defendants.

Date: September 15, 2016           MARY C. LOEWENGUTH
                                   CLERK OF COURT

                                   By: s/K.McMillan
                                        Deputy Clerk